UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:21-cr-00080-JRS-TAB |
| | ) | | |
| PRENTICE ARTEZ BLAND, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On February 13, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 23, 2024, and supplemented on February 4, 2025. Defendant Bland appeared in person with his appointed counsel Samuel Ansell. The government appeared by Kathryn Olivier, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Justin Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Bland of his rights and provided him with a copy of the petition. Defendant Bland orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Bland admitted violation number 1. [Docket No.20.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not unlawfully use any controlled substance, including marijuana, and must submit to one drug test within 15 days of the beginning of supervision and at least periodic tests after that for use of a controlled substance."** |

        As previously reported to the Court, on August 1, 2022, October 19, 2023, November 6, 2023, December 18, 2023, and September 3, 2024, Mr. Bland submitted urine samples which confirmed positive for cocaine. Additionally, on July 28, 2023, he submitted a urine sample which tested positive for cannabinoids and cocaine; and on March 22, 2024, he submitted to a drug screen which tested positive for cocaine. On these two occasions, he admitted to the use of an illicit substance.

        On November 5, and 26, 2024, Mr. Bland submitted drug screens which confirmed positive for cocaine.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is II.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The government argued for a sentence of 12 months and 1 day with no supervised release to follow. Defendant's counsel argued for a low-end guideline range sentence, a self-surrender, and asked that revocation be held in abeyance for 60 days to allow defendant to have back surgery.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the

2

Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow.  The Magistrate Judge will make a recommendation of placement at the Federal Medical Center in Lexington, Kentucky or a medical center as close to Indianapolis as possible due to defendant's medical needs. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 2/21/25

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system