UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00080-JRS-TAB |
| | ) | |
| PRENTICE ARTEZ BLAND, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**Order Adopting Report and Recommendations**

Defendant Prentice Artez Bland has objected to the Magistrate Judge's Report and Recommendation, (ECF No. 36), on the Petition for Warrant or Summons for Offender Under Supervision. The Court decides as follows.

Under Federal Rule of Criminal Procedure 59(b)(3), the Court "must consider de novo any objection to" a magistrate judge's recommendation on a dispositive matter. Fed. R. Crim P. 59(b)(3). Under de novo review, the Court is free to accept, reject, or modify the recommended disposition. *Id.* "*De novo* review requires the district judge to decide the case based on an independent review of the evidence and arguments without giving any presumptive weight to the magistrate judge's conclusion." *Mendez v. Republic Bank*, 725 F.3d 651, 661 (7th Cir. 2013).

The Court has considered the record, including:

- Defendant Prentice Bland's admission of violation number 1 as alleged in the Petition for Warrant or Summons for Offender Under Supervision, (ECF No. 20), as supplemented, (ECF No. 28);

- the Magistrate Judge's Report and Recommendation (ECF No. 36);

- Defendant's Sealed Submission of Exhibits, including an Indiana University Health Medical Summary and appointment card and pre-procedure instructions for Prime Surgery Center regarding the then scheduled March 12, 2025, procedure;

- Defendant's Motion to Reconsider Order of Detention, (ECF No. 39);

- the Magistrate Judge's Order Denying Motion for Reconsideration, (ECF No. 46); and

- Defendant's Objection to the Report & Recommendation, (ECF No. 47).

In addition, the Court has reviewed the recordings from the January 13, 2025, and February 13, 2025, hearings. The Court is aware of Defendant's significant number of positive drug tests for cocaine; his use of cocaine even at times near scheduled court hearings when he likely could expect further drug testing; and his medical conditions and needs. An unspecified surgical procedure for Defendant's cervical spondylosis had been scheduled for March 12, 2025. That date has passed and the procedure did not take place since Defendant was taken into custody on February 13, 2025. Based on Defendant's testimony at the February 13 hearing, however, the procedure had not been scheduled until after the January 13 hearing on the violation.

Having considered the record and the 18 U.S.C. § 3553(a) factors, the Courts **OVERRULES** Defendant's Objection to Report and Recommendation, (ECF No. 47), and **ADOPTS** the Magistrate Judge's Report and Recommendation, (ECF No. 36). The Court **REVOKES** Bland's supervised release and orders a sentence of imprisonment of **12 months and 1 day** in the custody of the Attorney General or his designee, with no supervised release to follow. The Court **recommends** placement at the Federal Medical Center in Lexington, Kentucky, or a medical center as close

to Indianapolis as possible, and as soon as possible due to Bland's significant medical needs.

The Court is sympathetic to Bland's chronic pain and significant medical needs, but his continued cocaine use creates a danger to himself and to others in the community; Bland has not shown by clear and convincing evidence otherwise; thus, detention pending placement is warranted.

Counsel for Defendant shall provide a copy of this order to the Bureau of Prisons designation office at Grand Prairie, Texas.

**SO ORDERED.**

Date: 3/25/2025

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Magistrate Judge Mario Garcia

U.S. Probation

By CM/ECF to registered counsel of record

3